

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00046-CV

Angel **SUAREZ**,
Appellant

v.

**UNIVISION RADIO CORPORATION**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-21079
Honorable Karen H. Pozza, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

The appeal filed by appellee Univision Radio Corporation is retained on the docket of the court. The clerk of the court is instructed to restyle this appeal as Univision Radio Corporation v. Angel Suarez.

Univision Radio Corporation is ordered to provide written proof to this court no later than two weeks from the date of this opinion that the fee for the preparation of the reporter's record has been paid. If Univision Radio Corporation does not provide written proof by the stated deadline, Univision Radio Corporation's brief will be due thirty days from the date of this opinion, and the court will only consider those issues or points raised in its brief that do not require a reporter's record for a decision.

Costs of the appeal will be assessed upon final disposition of the appeal.

SIGNED June 5, 2019.

_____
Rebeca C. Martinez, Justice